

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2017

No. 04-17-00291-CV

Roberto Avila **RODRIGUEZ**,
Appellant

v.

**PANTHER EXPEDITED SERVICES INC.,** Amigo Staffing, Inc., Dicex International, Inc.,
Appelles

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVT001668 D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

Appellant has requested an extension of time to file his reply brief. After review, we GRANT appellant's motion and ORDER appellant to file his reply brief in this court on or before November 20, 2017.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court